FILED

04/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0748

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| THAD WHITE,<br><br>　　　　　　Plaintiff and Appellant,<br>v.<br><br>MONTANA BOARD OF CRIME CONTROL,<br><br>　　　　　　Respondent and Appellee,<br>and<br><br>PUBLIC SAFETY OFFICER STANDARDS AND TRAINING COUNCIL,<br><br>　　　　　　Intervenor. | No. DA-22-0748<br><br><br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

Having considered the Motion to Withdraw as counsel for Appellant Thad White, and good cause under Rules of Professional Conduct 1.16(b)(5), (6), and (7) appearing, IT IS HEREBY ORDERED that Jason T. Holden, Katie R. Ranta, and Faure Holden Attorneys at Law, P.C. are withdrawn as attorneys of record for Appellant Thad White.

ELECTRONICALLY SIGNED AND DATED BELOW

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 10 2023